PRUDENCE M. WING, Appellant, *v.* AMBROSE S. FIELD, Respondent.

(Argued April 17, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 23, 1885, which affirmed a judgment in favor of defendant upon trial at the Circuit without a jury.

*H. R. Durfee* for appellant.

*Vandenberg & Saxton* for respondent

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

BENJAMIN WEILL et al., Respondents, *v.* HENRY HAMILTON, Appellant.

(Argued April 17, 1888; decided May 1, 1888.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 23, 1886, which affirmed a judgment in favor of plaintiffs, and an order denying a motion for a new trial.

*A. H. Dailey* for appellant.

*Fisher A. Baker* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.